UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 08, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Sheila Owens-Collins, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-20-3623 |
| | § | |
| The Honorable Judge Michael | § | |
| Newman, | § | |
|     Defendant. | § | |

## Order of Adoption

On June 17, 2021, Magistrate Judge Peter Bray recommended that the court grant Judge Michael Newman's motion to dismiss and dismiss the case with prejudice. (29) Sheila Owens-Collins filed objections. (30) The court denies the objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on July ___7___, 2021.

_____

Lynn N. Hughes
United States District Judge